IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| FIRST TIME VIDEOS, LLC )<br>)<br>)             Civil Action No.: 1:12-cv-03665-RLV<br>       Plaintiff,           )<br>   v.                              )<br>)             CORPORATE PARTY<br>ROBERT UNGER,       )             DISCLOSURE STATEMENT<br>)<br>)<br>       Defendant.        )<br>) | |

**CORPORATE PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of record, hereby submits that First Time Videos, LLC does not have a parent corporation that owns 10% or more of its stock.

                                                  Respectfully Submitted,

                                                  First Time Videos, LLC

DATED: November 17, 2012

                                     By:    /s/ Jacques Nazaire

                                                   Jacques Nazaire, Esq. (Bar No. 142388)
                                                   Of Counsel to Prenda Law Inc.
                                                   125 Town Park Drive, Suite 300
                                                   Kennesaw, Georgia 30144
                                                   Telephone: (415) 325-5900
                                                   Facsimile:  (678) 559-0798
                                                   Email: nazaire.jacques@gmail.com

                                                   *Attorney for Plaintiff*